UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 23-CR-00011-DLB

UNITED STATES OF AMERICA                                       PLAINTIFF

V.           **JOINT MOTION TO CONTINUE SENTENCING**

RANDALL T. DENNIS                                          DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*

Comes now the United States of America and the Defendant, by and through counsel, and request the Court to continue the sentencing in this matter currently set for December 11, 2023. As grounds for this motion, the United States and the Defendant assert that Mr. Dennis has entered a plea related to his involvement in a staff assault on an inmate. A co-defendant, Eric Nantell, has been charged in Ashland docket number 23-CR-00012-DLB-EBA, and is scheduled to go to trial on February 12, 2024. Mr. Nantell's counsel has indicated that Mr. Nantell intends to exercise his right to a trial.

Wherefore, in order to avoid unwarranted sentencing disparities, both parties would respectfully ask the Court to continue Mr. Dennis's sentencing until after Mr. Nantell's February 2024 trial.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY


By:   /s/Zachary D. Dembo
      Assistant United States Attorney
      260 West Vine St., Suite 300
      Lexington, Kentucky 40507
      859-685-4908
      Zachary.dembo@usdoj.gov

      /s/ William M. Butler, Jr.
      500 W. Jefferson Street, Suite 1520
      Louisville, KY 40202
      wmb@kycriminallawyer.com
      502-582-2020
      Counsel for the Defendant

## CERTIFICATE OF SERVICE

On November 7, 2023, I hereby certify that a true and accurate copy of the foregoing has been served via ECF to all counsel of record.


s/ Zach Dembo
Assistant United States Attorney

2